# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CAROL LEE WALKER | No. 4:18-CV-01588 |
| Plaintiff, | (Judge Brann) |
| v. | |
| THE PENNSYLVANIA STATE UNIVERSITY | |
| Defendant. | |

## ORDER

### NOVEMBER 21, 2018

**AND NOW,** upon consideration of Plaintiff's Motion to Remand, **IT IS HEREBY ORDERED** that:

1. The Motion to Remand (ECF No. 5) is **GRANTED.**

2. The case is **REMANDED** to the Court of Common Pleas of Centre County, Pennsylvania.

3. The Clerk of Court is **DIRECTED** to close the federal case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge